

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 6, 2017

**BY ECF AND BY EMAIL**
The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

  Re: *United States* v. *Kareem Lanier,* S16 15 Cr. 537 (VEC)

Dear Judge Caproni:

  The Government writes, with the consent of defendant Kareem Lanier through his counsel (Glenn Garber, Esq. and Mitchell Dinnerstein, Esq.), to respectfully request a three-day extension of the deadlines for *in limine* briefing in this matter, such that the parties' *in limine* motions would be due on Monday June 12, 2017 and any opposition submissions would be due on Monday June 19, 2017 (without any alteration of the deadline of Friday June 16, 2017 for the parties' requests to charge and proposed voir dire questions). The Government and Lanier's counsel have been continuing our discussions about ways of streamlining the upcoming trial in this matter and of resolving any disputes about evidentiary issues. This brief extension of time is needed to give the parties' sufficient time to continue these discussions (including allowing time for Lanier's counsel sufficient time to visit and confer with Lanier at the Metropolitan Detention Center about these issues) in the hopes of narrowing the issues in dispute that will need to be briefed to and resolved by the Court.

           Respectfully submitted,

           JOON H. KIM
           Acting United States Attorney

     By:     /s/
           Samson Enzer
           Gina Castellano
           Andrew C. Adams
           Assistant United States Attorneys
           (212) 637-2224

Cc: All counsel of record