# GLENN A. GARBER, P.C. 233 BROADWAY, SUITE 2370, NEW YORK, NY 10279

ATTORNEYS AT LAW

WOOLWORTH BUILDING
TEL: 212.965.9370   FAX: 212.965.9375
WWW.GLENNGARBER.COM

October 31, 2017

**By ECF**
Valerie E. Caproni
U.S. District Court Judge
Southern District of New York
40 Foley Square
New York, NY 100xx

      Re:    *United States v. Conyers, et. al. (Kareem Lanier)*
             Dkt. No. 15-cr-537 (VEC)

Dear Judge Caproni:

      I, along with Mitch Dinnerstein, represent Kareem Lanier in the above reference matter. We write jointly with the government to request an adjournment of sentencing scheduled for November 13, 2017 to December 8, 2017, or a date in the first week of January 2018. I am informed by Chambers that the afternoon of December 8th may be available for the Court.

      The adjournment request is due to scheduling conflicts. AUSA Sam Enzer will be on trial in *United States v. James Rosemond*, Dkt. No. 10-cr-431 (LAK) in the Southern District of New York, starting on November 6, 2013 and lasting through November 13th; and I am excepted to be on trial in *People v. David Ramos,* Ind. No. 2391-2015, in New York County, starting on November 13th and lasting approximately 10 days. Later dates in December are not good for the parties. AUSA Sam Enzer will be on trial in *United States v. Dean Jones*, Dkt. No. 15-cr-153 (VSB) in the Southern District of New York, starting on December 11, 2017 and lasting approximately one week; and I will be overseas visiting my son from December 11, 2017 through Christmas.

      Thank you for your consideration.

Respectfully,

/S/

Glenn A. Garber

cc:     All Counsel (by ECF)

1