USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/09/2020

**DAVID K. BERTAN**
ATTORNEY AT LAW
888 GRAND CONCOURSE, SUITE 1N
BRONX, NEW YORK 10451

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

**MEMO ENDORSED**

> Application GRANTED. Mr. Lanier's motion is due by **August 21, 2020**; the Government's response is due by **September 11, 2020**; Mr. Lanier's reply is due by **September 25, 2020**.
>
> SO ORDERED.          Date: 07/09/2020
>
> *Valerie Caproni* (signature)
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE

July 9, 2020

<u>Via ECF</u>

Hon. Valerie E. Caproni, United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    USA v. Kareem Lanier
              Docket No. 15-cr-537 (VEC)

Dear Judge Caproni:

      I am the CJA attorney assigned to represent Mr. Lanier and am writing to respectfully request an extension of time in which to file supplemental motions on Mr. Lanier's behalf.

      On June 5, 2020, Your Honor issued an order requesting CJA assign an attorney to represent Mr. Lanier, and issued an order setting a schedule for supplemental papers. Under that schedule, supplemental papers on Mr. Lanier's behalf are due by July 17, 2020.

      I have reviewed the docket, the plea and sentencing minutes, and the relevant indictment in this case. I have also written to Mr. Lanier, advising him I have been assigned to represent him, and am awaiting his response so we can jointly decide how to proceed further.

      Accordingly, I am asking for an extension of time to August 21, 2020 in which to file my supplemental motion. Thank you for your consideration in this matter.

                                    Very truly yours,
                                           -S-
                                David K. Bertan, Esq.

cc: AUSA Gina Castellano (via ECF)