**MEMO ENDORSED**

**DAVID K. BERTAN**
ATTORNEY AT LAW
888 GRAND CONCOURSE, SUITE 1N
BRONX, NEW YORK 10451

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/15/2021
```

March 15, 2021

<u>Via ECF</u>

Hon. Valerie E. Caproni, United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: USA v. Kareem Lanier
     Docket No. 15-cr-537 (VEC)

Dear Judge Caproni:

  I am the CJA attorney assigned to represent Mr. Lanier and am writing to respectfully request an extension of time in which to file supplemental papers in this matter.

  On July 17, 2020, Your Honor issued an order staying further action in this matter until *US v. Scott, en banc,* pending in the Second Circuit Court of Appeals, was decided. Your Order directed that within 21 days of the decision, the parties were to file a joint letter informing the Court of a briefing schedule or resolution of the petition. That letter is due by March 23, 2021.

  I have forwarded a copy of the *en banc* decision to Mr. Lanier, and am waiting to speak with him about how the ruling will affect his petition. With that in mind, I am respectfully requesting an extension of time April 6, 2021 to file the joint letter.

          Very truly yours,

          David K. Bertan, Esq.

cc: AUSA Samson Enzer (via ECF)

Application GRANTED.

SO ORDERED.

*/s/ Valerie Caproni*
3/15/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE