**MEMO ENDORSED**

## DAVID K. BERTAN
**ATTORNEY AT LAW**
**888 GRAND CONCOURSE, SUITE 1N**
**BRONX, NEW YORK 10451**

**(718) 742-1688**
**FAX (718) 585-8640**
**E-MAIL: DBERTAN@YAHOO.COM**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2021

April 6, 2021

**Via ECF**

Hon. Valerie E. Caproni, United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: USA v. Kareem Lanier
     Docket No. l5-cr-537 (VEC)

Dear Judge Caproni:

  I am the CJA attorney assigned to represent Mr. Lanier and am writing to respectfully request an additional extension of time in which to file supplemental papers in this matter. As the Court may recall, Mr. Lanier's application was held in abeyance pending the decision from the Second Circuit's *en banc* review of *US v. Scott*; that decision was rendered on March 2, 2021.

  On March 15, 2021, I forwarded a copy of the *en banc* decision in *US v. Scott* to Mr. Lanier, but have not yet heard back from him regarding his intentions. With that in mind, I am respectfully requesting an additional extension of time to April 27, 2021 to file the joint letter. The Government has no objection to my request.

Very truly yours,

David K. Bertan, Esq.

cc: AUSA Samson Enzer (via ECF)

Application GRANTED.

SO ORDERED.

*Valerie Caproni*

4/6/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE