MEMO ENDORSED

**DAVID K. BERTAN**
ATTORNEY AT LAW
888 GRAND CONCOURSE, SUITE 1N
BRONX, NEW YORK 10451

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2021

April 27, 2021

<u>Via ECF</u>

Hon. Valerie E. Caproni, United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    USA v. Kareem Lanier
            Docket No. l5-cr-537 (VEC)

Dear Judge Caproni:

    I represent Mr. Lanier in his petition pursuant to 28 USC § 2255. As the Court recalls, I was assigned to represent Mr. Lanier in June of 2020. Shortly after my assignment, the Government requested that the Court hold the matter in abeyance pending the *En Banc* hearing of *USA v. Scott*, 18-163. Since then, the Second Circuit decided that case. I have discussed the *Scott* decision with Mr. Lanier, and he has asked me to withdraw his § 2255 petition. I have spoken with the Government, and they have no objection to the petition being withdrawn.

Very truly yours,

David K. Bertan, Esq.

cc: AUSA Samson Enzer (via ECF)

> Application GRANTED. Mr. Lanier's § 2255 petition is dismissed. The Clerk of Court is directed to close the open motion at docket entry 1294.

SO ORDERED.

*Valerie Caproni*      4/27/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE