```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM LANIER,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

15-CR-00537-8 (VEC)

ORDER TO ANSWER, 28 U.S.C. § 2255

VALERIE CAPRONI, United States District Judge:

    The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit, hereby ORDERS that:

    By no later than **July 28, 2023**, the Government shall file its response to the motion. Movant's deadline to file a reply in support of his motion shall be due thirty days from the date on which Movant is served with the Government's response.

    All further papers filed or submitted for filing must include the criminal docket number (15-CR-537) and must be docketed in the criminal case.

**SO ORDERED.**

Dated: June 16, 2023
       New York, New York

                                            _____
                                            **VALERIE CAPRONI**
                                            **United States District Judge**